UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:23-cr-00034-01 |
| VERSUS | * | JUDGE SUMMERHAYS |
| KANE MILLER | * | MAGISTRATE JUDGE WHITEHURST |

## UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, KANE MILLER, the above-named defendant, having been furnished a copy of the charges and having discussed same with my attorney, state that I understand the nature of the charges against me and the maximum possible penalties that may be imposed against me, as follows:

**PENALTY – COUNT 1:** A term of imprisonment of not less than ten (10) years nor more than life, per 18 U.S.C. § 2422(b).

a fine of up to $,250,000, per 18 U.S.C. § 2422 or both;

a term of supervised release of not less than five years nor more than life, per 18 U.S.C. § 3583(k);

a special assessment fee of $100.00, per 18 U.S.C. § 3013, which under this agreement is payable and due **at the time his guilty plea is entered**, and defendant agrees to tender the $100.00 special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

**PENALTY – COUNTS 2 AND 3:** A term of imprisonment of not less than 15 years nor more than thirty (30) years, per 18 U.S.C. § 2251. a fine of up to $ 250,000 or both; a term of supervised release of not less than five (5) years, nor more than life pursuant to 18 U.S.C. § 3583(k); a special assessment fee of $100.00, per 18 U.S.C. § 3013, or if the defendant is non-indigent $5,000.00 pursuant to 18 U.S.C. § 3014, which

under this agreement is payable and due **at the time his guilty plea is entered**.

The Court may order an additional special assessment of up to $50,000.00 pursuant to 18 U.S.C. § 2259A. The defendant agrees to tender the special assessment by means of a cashier's check, bank official check, or money order payable to the "Clerk, U.S. District Court."

I further state that I understand:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by court-appointed counsel at no cost to me;

2. My right to plead guilty or not guilty;

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict;

4. My right not to be required to testify against myself or at all, if I do not so desire;

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

I realize that by pleading guilty, I stand convicted of the crime charged and waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary and that it has been made without any threats or inducements whatsoever (except the Plea Agreement) from anyone associated with the State or United States Government or

my attorney, and that the only reason I am pleading guilty is that I am in fact guilty as charged.

Thus done and signed this 12th day of September 2023, at Lafayette, Louisiana.

| | |
|---|---|
| 8.30.23<br>Date | _____<br>KANE MILLER<br>Defendant |
| 8-30-23<br>Date | _____<br>J. CLAY LEJEUNE, LA Bar No. 26068<br>J. Clay LeJeune Attorney at Law, LLC<br>2304 Kaliste Saloom Road<br>Lafayette, LA 70508<br>Telephone: (337) 484-1430<br>Counsel for Defendant |
| | BRANDON B. BROWN<br>United States Attorney |
| 9-12-23<br>Date | _____<br>J. LUKE WALKER, LA Bar No. 18077<br>Assistant United States Attorney<br>800 Lafayette Street, Suite 2200<br>Lafayette, LA 70501<br>Telephone: (337) 262-6618 |