UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:23-cr-00034-01 |
| | * | |
| VERSUS | * | JUDGE SUMMERHAYS |
| | * | |
| KANE MILLER | * | MAGISTRATE JUDGE WHITEHURST |

## STIPULATION IN SUPPORT OF GUILTY PLEA

NOW INTO COURT, come the United States of America, by and through the undersigned Assistant United States Attorney, and the defendant, KANE MILLER, hereinafter referred to as "Miller" or "Defendant," and for the purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11(b)(3) of the Federal Rules of Criminal Procedure, provide the following:

Working in an undercover capacity, law enforcement posted a Whisper stating "Love when dad's friends come over [monkey face covering eyes emoji]." The undercover officer's persona was that of a 13 year-old female. On that same day, Whisper user "Holy_Bronze", contacted the undercover officer utilizing the private message function on Whisper. "Holy Bronze" was later identified as the Defendant.

During their messaging, Miller, expressed his desire to meet with the "child". In very explicit terms, he further expressed his desire to engage in sexual acts with the "child" when they met. The defendant discussed details of meeting with the

"child", including determining that she lived in Lafayette, Louisiana, and confirming that he also lived in Lafayette, Louisiana. In addition, he sent numerous images of his erect penis to the "child". The defendant is over 4 years older than the age the undercover represented the child to be. These conversations occurred between December 5, 2022 and January 4, 2023.

The defendant was arrested on March 7, 2023. At the time of his arrest, after being advised of his Miranda rights, the defendant admitted that he had not only talked to the "child" identified above, but that in addition, numerous other minor females had sent him images and that he had kept them on a folder on his cell phone. During the statement, the defendant gave law enforcement consent to view his cell phone and the code needed to get access to the cell phone. As the defendant described there were numerous sexually explicit naked images of what appeared to be young adolescent children. Those images could be coupled with text messages in which the defendant had asked for the sexually explicit images and in which the children had told the defendant that they were minor females under the age of 15.

Two of the images found are the basis for Counts 2 and 3 of the Superseding Indictment. On February 8, 2023, and February 21, 2023, both subsequent to his conversations with the undercover agent, the defendant requested and obtained sexually explicit images from females identifying themselves as minor females under the age of 15. Though the children have not been identified, they appear to be of minor females. As such, the defendant attempted to cause persons he believed to be minor

females to produce sexually explicit images of themselves and sent to him using the internet.

08.30.2023
DATE

_____
KANE MILLER
Defendant

08.30.2023
DATE

_____
J. CLAY LEJEUNE, LA Bar No. 26068
J. Clay LeJeune Attorney at Law, LLC
2304 Kaliste Saloom Road
Lafayette, LA 70508
Telephone: (337) 484-1430
Counsel for Defendant


BRANDON B. BROWN
United States Attorney

9/12/23
DATE

_____
J. LUKE WALKER, La. Bar No. 18077
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618