**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:23-CR-0034-01** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **KANE MILLER (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After considering the official transcript (Rec. Doc. 63) and noting the defendant's waiver of any objections (Rec. Doc. 60), the Court finds the plea is correct under applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Kane Miller, is ACCEPTED and he is fully adjudged guilty of the offenses charged in Counts 1, 2, and 3 of the superseding indictment, consistent with the report and recommendation.

Signed at Lafayette Louisiana, on this 21st day of November, 2023.

---
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**